**Order filed, May 21, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00169-CV

———————

**KYLE TAUCH, TRANQUILITY APARTMENTS GENERAL CORPORATION AND TRANQUILITY APARTMENTS LTD., Appellant**

**V.**

**JOEL R. SCOTT, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-21305**

## ORDER

The reporter's record in this case was due **March 25, 2014**. *See* Tex. R. App. P. 35.1. On **April 08, 2014**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  **No further extension will be entertained absent exceptional circumstances.**  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Michelle Tucker** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM